ACCEPTED
01-14-00862-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/13/2015 3:56:09 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00862-CR

In the
Court of Appeals
for the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/13/2015 3:56:09 PM

CHRISTOPHER A. PRINE
Clerk

————◆————

**No. 1364692**
In the 178th District Court
Of Harris County, Texas

————◆————

## ANDRE DEMONT THOMPSON
*Appellant*

v.

## THE STATE OF TEXAS
*Appellee*

————◆————

## STATE'S MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE AN APPELLATE BRIEF

————◆————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for an extension of time in which to file the State's Brief in this cause, and, in support thereof, presents the following:

1. On October 8, 2014, appellant was convicted by a jury of murder and sentenced to 30 years in the Institutional Division of the Texas Department of Criminal Justice.

2. Appellant filed a timely written notice of appeal.

3. The State's Brief is due on July 22, 2015.

4. An extension of time in which to file the State's Brief is requested until August 21, 2015. No previous extensions have been granted.

5. The following facts are relied upon to show good cause for the requested extension:

    i.   The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. AP-77,039, *Jeffery Keith Prevost, Appellant v. The State of Texas, Appellee*, which was filed on June 30, 2015.

    ii.  The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 14-14-00956-CR, *Jessie Coleman, Appellant v. The State of Texas, Appellee*, which was filed on July 6, 2015.

    iii. The undersigned attorney has been engaged in the preparation of the State's Brief in Cause No. 01-14-01035-CR, *Julia Juarez, Appellant v. The State of Texas, Appellee*, which was filed on July 13, 2015.

    iv.  The undersigned attorney will be on vacation from July 14, 2015 through July 22, 2015.

WHEREFORE, the State prays that this Court will grant an additional extension of time until August 21, 2015 in which to file the State's Brief in this cause.

Respectfully submitted,

/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24058991
hudson_heather@dao.hctx.net
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been submitted

for service by e-filing to the following address:

Franklin Bynum
2814 Hamilton Street
Houston, Texas 77002
Tel: (713) 343-8844
fgb@lawfgb.com

/s/ Heather A. Hudson
**HEATHER A. HUDSON**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
State Bar No. 24058991

Date:  July 13, 2015